[No. 69442-1-I.    Division One.    March 31, 2014.]

*In the Matter of the Marriage of* JOSEPH THOMAS ROHDE, *Respondent*, and SHUDAN ZHU ROHDE, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 11-3-04520-3, Sharon S. Armstrong, J., entered August 22, 2012. *Affirmed* by unpublished opinion per Grosse, J., concurred in by Spearman, A.C.J., and Verellen, J.

[No. 69806-1-I.    Division One.    March 31, 2014.]

*In the Matter of the Marriage of* JULIE DAVIS, *Respondent*, and PAUL DAVIS, *Appellant*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 09-3-00642-3, Ira Uhrig, J., entered December 13, 2012. *Affirmed* by unpublished opinion per Grosse, J., concurred in by Appelwick and Lau, JJ.

[Nos. 69929-6-I; 70094-4-I;    Division One.    March 31, 2014.]
70120-7-I.

*In the Matter of the Testamentary Trust of* GIUSEPPE DESIMONE.

DALE COLLINS, *Appellant*, v. BNY MELLON, NA, ET AL., *Respondents*.

Appeals from a judgment of the Superior Court for King County, No. 83-2-16748-5, Michael J. Trickey, J., entered January 11, 2013. *Affirmed* by unpublished opinion per Cox, J., concurred in by Grosse and Schindler, JJ.